■■■■■■■■■■■

*James Conboy* for appellant.

*Wilford A. Le Forestier* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J.

LOUISE GUILDEN, Respondent, *v.* IRA GUILDEN, Appellant.

Argued April 18, 1946; decided June 6, 1946.

*Emil K. Ellis, Jonas Ellis* and *Abraham J. Heller* for appellant.

*Samuel Gottlieb, I. Gainsburg* and *Sanford H. Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.